# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                            **CASE NO: 6:12-cr-63-Orl-31GJK**

**JONATHAN PAUL JIMENEZ**

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 58), the parties having filed Notices of No Objection thereto (Doc. Nos. 59 and 60), the plea of guilty of the defendant to Counts One and Two of the Indictment is now accepted and the defendant is adjudged guilty of such offenses. A sentencing hearing has been scheduled for **December 10, 2012**, under separate notice.

**DONE and ORDERED** at Orlando, Florida this August 29, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies:
U. S. Magistrate Judge
U.S. Marshal's Office
U. S. Attorney's Office
U. S. Probation Office